# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR BONDARUK** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-5979** |
| **v.** | : | |
| | : | |
| **PNC BANK** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 9th day of  SEPTEMBER 2022, upon consideration of Defendant PNC Bank's *motion for summary judgment*, [ECF 45], Plaintiff Victor Bondaruk's response in opposition thereto, [ECF 49, 50], and Defendant's reply, [ECF 53, 54], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for summary judgment is **GRANTED**.   Accordingly, **JUDGMENT** is entered in favor of Defendant PNC BAnk and against Plaintiff Victor Bondaruk.

BY THE COURT:


/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*